UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>11-20107-CR-SEITZ</u>

UNITED STATES OF AMERICA

vs.

DIEGO PEREZ HENAO,
  a/k/a "Diego Rastrojo,"

    Defendant.
_____/

## FACTUAL PROFFER

If this case had proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following:

For nearly two decades, DIEGO PEREZ HENAO, a/k/a "Diego Rastrojo," (hereinafter "PEREZ HENAO") financed the production and distribution of thousands of kilograms of cocaine which he knew were intended to be imported into the United States. During the course of their investigation into PEREZ HENAO and his drug trafficking organization, Drug Enforcement Administration agents in the Miami Field Division spoke with numerous witnesses who established that PEREZ HENAO controlled dozens of heavily-armed workers in his organization, and oversaw the large-scale manufacture and distribution of cocaine.

According to the witnesses interviewed by the agents, many of whom personally met PEREZ HENAO on a number of occasions to discuss their joint participation in the shipment of cocaine, PEREZ HENAO was first known to have participated in the cocaine trade in 1993. At this time, PEREZ HENAO controlled cocaine-producing laboratories in the southwestern region of Colombia.

At least one witness recalled making payments for PEREZ HENAO's cocaine in United States dollars, and explained that he paid PEREZ HENAO in dollars because he himself would be paid by Mexican cartel members in dollars from the sale of the cocaine in the United States. Multiple witnesses recalled that PEREZ HENAO did not just manufacture and sell the cocaine to drug traffickers – he also invested in the shipment of cocaine loads from South America to points in Central America and Mexico. The cocaine would then be sold to Mexican cartels or others which would ultimately unlawfully import the cocaine into the United States. Multiple witnesses recalled that when PEREZ HENAO also served as an investor in cocaine loads, PEREZ HENAO would be paid a portion of his money up front, then would be paid the remainder – in bulk United States currency – once the Mexican cartels paid the primary investors in the cocaine trafficking venture. Under the most conservative estimate derived from the interviewed witnesses, PEREZ HENAO participated in the production and/or shipment of at least 81,100 kilograms of cocaine from 1994 until the killing of PEREZ HENAO's primary patron, Wilber Varela, in January 2008. Following the death of Varela, PEREZ HENAO and another one of Varela's lieutenants, Javier Calle Serna, a/k/a "Comba," continued the shipment of additional thousands of kilograms of cocaine. Following PEREZ HENAO's indictment, the United States Department of State offered a reward of up to $5 million US for information leading to the capture of PEREZ HENAO. PEREZ HENAO was ultimately arrested in Venezuela on June 3, 2012 and has been in custody ever since that time.

The routes used by PEREZ HENAO and his co-conspirators changed over time. One prominent maritime route in the early 2000s involved the shipment of PEREZ HENAO's cocaine down to Ecuador. From there, the cocaine would be secreted onto fishing vessels which would take the cocaine across the Pacific Ocean to Mexico. On at least one occasion in 2004, some of PEREZ

HENAO's co-conspirators shipped PEREZ HENAO's cocaine by plane from Colombia to Guatemala, then sold the cocaine to Mexican cartels who brought the cocaine to Los Angeles, California. PEREZ HENAO also participated in the shipment of multi-thousand kilogram cocaine loads by cargo container from Venezuela to Mexico and by semi-submersible vessel from the Pacific coast of Colombia to Mexico.

PEREZ HENAO was the leader and organizer of several individuals during the course of the conspiracy. Some of these individuals drove cocaine-laden trucks for PEREZ HENAO to move the cocaine produced in PEREZ HENAO's laboratories. Other individuals worked in the laboratories themselves. Yet other individuals picked up and delivered the proceeds of cocaine sales on behalf of PEREZ HENAO.

This proffer does not contain all evidence known to the United States regarding PEREZ HENAO's criminal activities but is sufficient to establish that PEREZ HENAO committed the crime

alleged in the Indictment.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: JAN 24, 2014      By: _____
                            ADAM FELS
                            ASSISTANT UNITED STATES ATTORNEY

Date: 1-24-14           By: _____
                            NEIL SCHUSTER, ESQ.
                            ATTORNEY FOR PEREZ HENAO

I certify that the above factual proffer was translated to me into Spanish and that the facts contained therein are true and correct to the best of my knowledge.

Date: 1-24-14           By: _____
                            DIEGO PEREZ HENAO
                            DEFENDANT