UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.11-CR-20107-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA
Plaintiff,

vs.

DIEGO PEREZ HENAO
Defendant,
_____/

## MOTION FOR TWO POINT SENTENCE REDUCTION PURSUANT TO U.S.S.G.1B1.10 AND 18 U.S.C.3582(c)(2)

COMES NOW DIEGO PEREZ HENAO by and through his undersigned counsel and moves this Honorable Court for a two point reduction in the Defendant's total offense level in the above styled cause.

The Defendant total offense level was 42 for a sentence of 360 months.

Pursuant to the above cited amendment the Defendant would move that the court reduce his offense level to 40 for a sentence of 292 months.

Such of reduction would be consistent with other sentencing factors under 18 U.S.C.3558.

The Defendant does not pose a danger for the community and will be deported after serving his sentence.

Respectfully Submitted,

s/LOUIS CASUSO_____
LOUIS CASUSO, Esq.
FL. Bar Number 0179470
Law Offices of Louis Casuso
14 NE 1st Avenue, Suite 207
Miami, FL 33132
(305) 374-1500
(305) 374-0127 fax
Email: lclouielaw@aol.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 20th day of November ,2014.

BY:S/LOUIS CASUSO_____
    LOUIS CASUSO, Esq.