AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>**DIEGO PEREZ HENAO**<br><br>Date of Original Judgment: August 6, 2014<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 11-20107-CR-SEITZ(01)<br>)<br>) USM No: 01828-104<br>)<br>)<br>)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

On August 6, 2014, Mr. Perez-Henao was sentenced to 360 months imprisonment for conspiracy to manufacture and distribute cocaine with knowledge that it would be imported into the United States, in violation of 21 U.S.C. § 963. This sentence represented a variance below the applicable sentencing guidelines, which called for life imprisonment. At his sentencing, the Defendant did not object to the facts in the PSI, and the Court adopted the facts as set forth in the PSI and the factual proffer, specifically noting that the quantity of cocaine involved was at least 81,100 kilograms. [DE-79, 10:22-12:11.] At the time of his sentencing, the United States Sentencing Guidelines' Drug Quantity Table applied a base offense level of 38 to offenses involving at least 150 kilograms of cocaine. U.S.S.G. § 2D1.1 (c) (1) (2007). Thus, this was the base offense level originally assigned to Mr. Perez-Henao's offense. Under the recently revised Drug Quantity Table in U.S.S.G. § 2D1.1, a base offense level of 38 applies to offenses involving at least 450 kilograms of cocaine. Because Mr. Perez-Henao's offense involves more than 450 kilograms of cocaine, the base offense level remains unchanged, as does the applicable guideline range. Therefore, Mr. Perez-Henao is not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) (2) and USSG § 1B1.10, and his Motion to Reduce Sentence is DENIED.

**IT IS SO ORDERED.**

Order Date: 10/19/2015

Effective Date: _____
*(if different from order date)*

*Judge's signature*

PATRICIA A. SEIZ  United States District Judge
*Printed name and title*