**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.11-CR-20107-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA
Plaintiff,

vs.

DIEGO PEREZ HENAO
Defendant,
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Louis Casuso and moves to withdraw as attorney of record in the above numbered case.

As ground for this motion counsel alleges as follows:

1.- The defendant Diego Perez Henao has been sentenced and is serving his sentence. There is no appeal pending.

2.- Defendant wants the undersigned to withdraw from his case as evidenced by the enclosed letter.

WHEREFORE undersigned counsel moves that the court grant this motion.

Respectfully Submitted,

s/LOUIS CASUSO
LOUIS CASUSO, Esq.
FL. Bar Number 0179470
Law Offices of Louis Casuso
14 NE 1st Avenue, Suite 702
Miami, FL 33132
(305) 374-1500
(305) 374-0127 fax
Email: lclouielaw@aol.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 2nd day of December, 2016.

```
                              BY: S/LOUIS CASUSO
                                  LOUIS CASUSO, Esq.
```