Attorney Louis Casuso
14 NE 1st Avenue
Suite 702
Miami, FL 33132

RE: USA V. DIEGO PEREZ HENAO, CASE #11-20107-CR-PAS
    DIEGO PEREZ HENAO'S REQUEST TO WITHDRAW FROM CRIMINAL CASE

Dear Attorney Casuso,

Hereby, I am requesting you to withdraw from my criminal case please. If you are so kind to forward me a copy of my legal paper work I will be very appreciative. Thank you for your time and attention to my request.

                                    Respectfully Submitted,
                                    By,

Dated: November 26, 2016            s/ Diego Perez
                                    DIEGO PEREZ HENAO
                                    Fed.Reg.No.01828-104
                                    F.C.I. Williamsburg
                                    P.O. BOX 340
                                    Salters, SC 29590


Cc. personal file